■ In the Matter of GERALD KELLY, JR., Respondent, v THOMAS CONNORS, Appellant. [596 NYS2d 733] —In a family offense proceeding, the appeal is from an order of protection of the Family Court, Nassau County (Mosca, J.), entered February 4, 1991, which, after a hearing, directed that the appellant refrain from acts of violence towards the petitioner for a period of one year.

Ordered that the appeal is dismissed, without costs or disbursements.

In this case, the order of protection has expired, and the

determination of this appeal would have no direct effect upon the parties. Accordingly, the appeal is dismissed as academic *(Matter of Brown v Brown,* 185 AD2d 812; *Matter of McClure v McClure,* 176 AD2d 325; *Matter of Andrews v Andrews,* 168 AD2d 444). Thompson, J. P., Rosenblatt, Pizzuto and Santucci, JJ., concur.